## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Virginia Mathie, Plaintiff, v. Harris Bank N.A. and Harris Employment Transition Policy, plan #510, Defendants.

Case Number:

FILED: JULY 17, 2008
08CV4080
JUDGE MAROVICH
MAGISTRATE JUDGE DENLOW
RCC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Virginia Mathie, Plaintiff

| | |
|---|---|
| NAME (Type or print) Elizabeth M.B. Golden | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Elizabeth M.B. Golden | |
| FIRM Banzuly & Golden LLP | |
| STREET ADDRESS 10 S. Riverside Plaza, Suite 1800 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6292894 | TELEPHONE NUMBER (312) 505-2096 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |