United States District Court
for the
Northern District of Illinois

| | | |
|---|---|---|
| Virginia Mathie, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 CV 4080 |
| | ) | (GMM) (MD) |
| Harris Bank N.A. and Harris | ) | |
| Employment Transition Policy, | ) | |
| plan #510, | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

Please take notice that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Virginia Mathie, hereby voluntarily dismisses without prejudice the complaint in this action as to Defendant Harris Bank, N.A. This action is not dismissed against Defendant Harris Employment Transition Policy, plan #510 and Plaintiff reserves all rights against Defendant Harris Employment Transition Policy, plan #510.

Dated: Chicago, Illinois
      August 18, 2008

BANZULY & GOLDEN  LLP

By: /s/ Elizabeth M.B. Golden
Elizabeth M.B. Golden  (#6292894)
10 South Riverside Plaza, Suite 1800
Chicago, Illinois 60606
embgolden@mac.com
(312) 505-2096