# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George M. Marovich | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4080 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Virginia Mathie vs. Harris Bank N.A., et al. | | |

**DOCKET ENTRY TEXT**

Defendant Harris Bank N.A. is voluntarily dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(i).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|